422 A.2d 694

Kemerer v. Kemerer, Appellant.

 Argued April 10, 1979. Marla R. Blum, for appellant; William C. Stillwagon, submitted a brief on behalf of the appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.